## COMPUTATION OF TIME.

### Circuit Court of Hamilton County.

### JOHN KILLIAN v. MOLLIE MUZIO.

Decided, November 23, 1912.

The rule found in Section 10216, General Code, providing how time shall be computed, applies to any act required by the law to be done.

*C. B. Wilby*, for plaintiff in error.
*Karl H. Cadwell*, contra.

The court below dismissed the petition on the ground that Section 10216 does not apply to proceedings before justices of the peace.   This section reads:

"Section 10216.   Unless otherwise specially provided, the time within which an act required by law to be done shall be computed by excluding the first day and including the last; except that the last day shall be excluded if it be Sunday."

JONES, J.; SMITH, P. J., and SMING, J., concur.

We are of the opinion that Section 10216, General Code, is not limited in its application to any one court but it is intended to apply, as its language implies, to any act required by law to be done.

Judgment reversed and cause remanded.